IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff/Respondent, | § § § | |
| V. | § § | CR. No. C-01-21 (1) <br> C.A. No. C-05-424 |
| ELIAS RAMON ZEPEDA-STURCKE, | § § | |
| Defendant/Movant. | § | |

## **FINAL JUDGMENT**

The Court enters final judgment denying defendant Elias Ramon Zepeda-Sturcke's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 19th day of September 2005.

_____
Janis Graham Jack
United States District Judge